UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -4 AM 9: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: |
| ) | **08 MJ 2716** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| ) | Importation of a Controlled Substance |
| Jose Luis CORDOVA-Quezada, ) | |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about September 3, 2008, within the Southern District of California, Jose Luis CORDOVA-Quezada did knowingly and intentionally import approximately 39.25 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF _____Sept_____, 2008.

_____
MAGISTRATE JUDGE

DOA 09/03/08

**PROBABLE CAUSE STATEMENT**

On September 3, 2008 at approximately 0443 hours, Jose Luis CORDOVA-Quezada attempted to enter the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. CORDOVA, a citizen of the United States, was the driver of a Gray 1998 Nissan Pathfinder.

Customs and Border Protection Officers (CBPO) received a negative Customs Declarations from CORDOVA at primary. During the primary encounter the CBP Officer noticed a prior record for cocaine possession with intent to distribute. CBP Officer's referred the vehicle for secondary inspection. A Narcotic and Human Detection Dog alerted to the tire area of the vehicle. CBP Officers then conducted an X-Ray screen on the vehicle and were able to view anomalies in the tires of the vehicle. Examination of the vehicle revealed twenty (20) packages totaling 39.25 kilograms of a green leafy substance. A random field test of one of the packages revealed a positive reaction for marijuana.

At approximately 1020 hours, Immigration and Customs Enforcement (ICE) Special Agent (SA) Peter Kiesel and SA Andrew Flood contacted CORDOVA and told him that he was under arrest for attempting to smuggle narcotics into the United States. After SA Kiesel read CORDOVA his constitutional rights, per Miranda, in the English language, CORDOVA waived his rights and agreed to make a statement. CORDOVA stated that he had money troubles and his house had burnt down in Tijuana, BC, Mexico. CORDOVA made an agreement with a woman to transport a vehicle full of narcotics in to the United States. CORDOVA was told that he would receive five

hundred dollars for the transaction. CORDOVA picked up the vehicle at approximately 0400 on September 3, 2008. Once CORDOVA was across the border he was going to drive to a nearby parking lot and leave the vehicle there. CORDOVA was to lock the vehicle and return to Mexico where he would exchange the keys for his payment.

Jose Luis CORDOVA-Quezada was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.